181 So. 127

**Mike GIDEON v. STATE.**

**8 Div. 899.**

Supreme Court of Alabama.

April 21, 1938.

Rehearing Denied May 19, 1938.

Motley & Motley, of Gadsden, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.

Petition of Mike Gideon for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Gideon v. State, 181 So. 126.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.